**Denise J. LeCLAIR, Plaintiff–Appellant,**

v.

**Sherman B. LUBMAN, Trustee, Defendant–Appellee.**

No. 01–2362.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Denise J. LeClair, Appellant Pro Se. Kevin Allan Lake, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Denise J. LeClair appeals from the district court's order affirming the bankruptcy court's order authorizing the bankruptcy trustee to execute a deed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See LeClair v. Lubman*, Nos. CA–01–71–3; BK–98–35239–T (E.D.Va. Oct. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*